# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

Finmaestros, LLC, also d/b/a technogennie,
24x7pchelp, 24x7pctech, and Transfront
Solutions, a limited liability company,

New World Services, Inc. also d/b/a Megabites
Solutions, an administratively dissolved
corporation,

Megabites Solutions, LLC, also d/b/a Mega
Bites, Inc., and Mega Bits, Inc., a limited
liability company,

Greybytes Cybertech P. Ltd., also d/b/a
Bluesystemcare, BSC, and 24x7 PCHelp, a
corporation,

Shine Solutions Private Limited, a corporation,

Sanjeev K. Sood  a/k/a Sanjiv K. Sood,
individually and as an officer of Finmaestros,
LLC and New World Services, Inc., and

Animesh Bharti, individually and as an officer
of Shine Solutions Private Limited,

    Defendants.

Civil Action No. ____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10 / 3 / 12_

[PROPOSED]

## ORDER TEMPORARILY SEALING FILE

Upon consideration of the Federal Trade Commission's *ex parte* Motion for an Order Temporarily Sealing File, the Court, having reviewed the submission of counsel, finds that good cause exists to temporarily seal the file in this matter.  It is hereby:

**ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the entire file and docket in this action, including the Complaint, *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, the supporting Memorandum and the accompanying exhibits, **shall be sealed until 5:00 p.m. October 2, 2012.**   At this time, the seal shall automatically be lifted by the clerk without motion by the Plaintiff or further Order of the Court.

This Order shall not be construed to prohibit service or other disclosure by the Plaintiff, or those acting at Plaintiff's direction, of any *Ex Parte* Temporary Restraining Orders and any papers filed in support thereof to: (1) the parties; (2) nonparty financial institutions; (3) any law enforcement agency; or (4) any foreign enforcement or regulatory authority.

DATED:  this 24 day of September 2012

_____
United States District Court Judge

2